# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

MICHAEL ROSHAWN BANKSTON,

        Plaintiff,

                                      Case No.   2:18cv584

v.

VIRGINIA BEACH CITY PUBLIC SCHOOLS,

        Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court sua sponte DISMISSES Plaintiff's action for lack of subject matter jurisdiction pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure.

January 24, 2019

                                                                               FERNANDO GALINDO, Clerk

                                                                               By      /s/
                                                                                   E. Price, Deputy Clerk